UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY AGRILLO,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Civ. Action No. 1:22-cv-11630-RGS |

**ASSENTED-TO MOTION OF THE UNITED STATES OF AMERICA FOR AN EXTENSION OF TIME TO RENEW ITS MOTION TO DISMISS PER THE COURT'S ORDER**

    The United States of America, by and through its attorney, Rachael S. Rollins, United States Attorney for the District of Massachusetts, hereby moves, with the assent of Plaintiff, for additional time, up to and including Friday, July 21, 2023, within which to renew its motion to dismiss per the Court's Order. As grounds for this motion counsel for Defendant states that it is seeking further medical records from Plaintiff, dating back to 1983, and additional time is needed to retrieve such records.

    WHEREFORE, the United States of America moves this Court for an extension of time, up to and including Friday, July 21, 2023, within which to renew its motion to dismiss as per the Court's Order.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | RACHAEL S. ROLLINS<br>United States Attorney |
| Dated: May 17, 2023 | By: | */s/ Rayford A. Farquhar*<br>RAYFORD A. FARQUHAR<br>Assistant United States Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>617-748-3100<br>Email: rayford.farquhar@usdoj.gov |

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that Plaintiff's counsel has assented to the filing of this motion.

| | | |
|---|---|---|
| Dated: May 17, 2023 | By: | */s/ Rayford A. Farquhar*<br>Rayford A. Farquhar<br>Assistant United States Attorney |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

| | | |
|---|---|---|
| Dated: May 17, 2023 | By: | */s/ Rayford A. Farquhar*<br>RAYFORD A. FARQUHAR<br>Assistant United States Attorney |