UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANCY AGRILLO,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>and SODEXHO USA, INC.,<br>       Defendants. | Civ. Action No. 1:22-cv-11630-RGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Assistant United States Attorney Rayford A. Farquhar withdraws his appearance as counsel for the Defendant Sodexho USA, Inc., in the above-captioned matter. The notice of appearance for the Defendant Sodexho USA, Inc., was entered by mistake.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

Dated: August 16, 2023     By:     */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Email: rayford.farquhar@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 16, 2023     By:     */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney